**UNITED STATES BANKRUPTCY COURT**

Eastern District of Virginia
600 Granby St., Room 400
Norfolk, VA 23510

# NOTICE OF ELECTRONIC FILING PROCEDURE

Case Name:    **Matthew Paul Ricciardi**

Case Number:   12−73667−FJS                    Date Filed:   August 27, 2012

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point−to−Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  August 28, 2012                            William C. Redden
VAN−062 [ver. 3/2008]                              Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                 Case No. 12-73667-FJS
Matthew Paul Ricciardi                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-8          User: mitchella          Page 1 of 3          Date Rcvd: Aug 28, 2012
                              Form ID: VAN062          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2012.
```
db         +Matthew Paul Ricciardi,    3122 Radcliffe Lane,    Chesapeake, VA 23321-4353
11346575    BCC Financial Management,    P.O. Box 590097,   Fort Lauderdale, FL 33359-0097
11346573    Bank of America,    P.O. Box 15019,   Wilmington, DE 19886-5019
11346576   +Budzik & Dynia, LLC,    4849 N. Milwaukee Avenue,    Suite 801,   Chicago, IL 60630-2680
11346577   +Center for Arthri. & Rheumatic,    816 A Greenbrier Circle,    A,   Chesapeake, VA 23320-3338
11346578    Central Credit Services,    P.O. Box 15118,   Jacksonville, FL 32239-5118
11346579    Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
11346580   +Chesapeake Juvenile and,    Domestic Court,   301 Albemarle Drive,    Chesapeake, VA 23322-5501
11346581   +County of Isle White,    Treasurer's Office,   PO Box 79,   Isle of Wight, VA 23397-0079
11346583   +Dominion Law Associates,    222 Central Park Ave Suite 210,    PO Box 62719,
             Virginia Beach, VA 23466-2719
11346584    Empi,   P.O. Box 71519,   Chicago, IL 60694-1519
11346586   +Fine, Fine, Legum & McCracken,    2101 Parks Ave, Ste 300,    Virginia Beach, VA 23451-4136
11346587    GC Financial Corp,    2601 NW Espressway, Ste 1000,    Oklahoma City, OK 73112-7236
11346588   +Glasser & Glasser,    P.O. Box 3400,   Norfolk, VA 23514-3400
11346589   +Health Center @ Harbour View,    5818 Harbour View Blvd, #100,    Suffolk, VA 23435-3315
11346591   +ISPC,   1115 Gunn Hwy,    PMB #122,   Odessa, FL 33556-5328
11346590   +In Motion Physical Therapy,    3300 High St, Ste 1A,    Portsmouth, VA 23707-3321
11346592    Lab Corp of America,    P.O. Box 2240,   Burlington, NC 27216-2240
11346593   +Management Services, Inc.,    P.O. Box 1099,   Langhorne, PA 19047-6099
11346594   +Maryview Medical Center,    3636 High Street,   Portsmouth, VA 23707-3270
11346595   +Midgette Family Dentistry,    3326 Taylor Rd, Ste 100,    Chesapeake, VA 23321-2518
11346596    Monarch Recovery Management,    10965 Decatur Road,    Philadelphia, PA 19154-3210
11346597    Northstar Location Services,    4285 Genesee St,    Buffalo, NY 14225-1943
11346601   +PNC Mortgage,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
11346600    PNC Mortgage,    P.O. Box 1820,   Dayton, OH 45401-1820
11346598    Patient First,    P.O. Box 758941,   Baltimore, MD 21275-8941
11346599   +Pinnacle Financial Group,    7825 Washington Ave., S,    Suite 310,   Minneapolis, MN 55439-2424
11346604    Spinella, Owings & Shaia, PC,    8550 Mayland Drive,    Richmond, VA 23294-4704
11346605   +Stonebridge School,    P.O. Box 9247,   Chesapeake, VA 23321-9247
11346606   +SunTrust,    P.O. Box 791250,   Baltimore, MD 21279-1250
11346607    SunTrust,    P.O. Box 85041,   Richmond, VA 23286-9072
11346608   +Tanglewood Sq. Roanoke Ptnship,    c/o EDM Realty Partners,    805 Third Avenue, 9th Floor,
             New York, NY 10022-7563
11346609   +Tiffany & Tiffany,    770 Independence Cir., Ste 200,    Virginia Beach, VA 23455-6452
11346610   +Vector Security,    2805 N. Parham Road,   Suite 500,    Richmond, VA 23294-4453
11346611   +Virginia Ortho Spine Spec,    7007 Harbourview Blvd, Ste 108,    Suffolk, VA 23435-2719
11346612    Vital Recovery Services, Inc,    PO Box 923748,    Norcross, GA 30010-3748
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11346571     E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2012 02:50:18     Ally,   P.O.Box 9001951,
              Louisville, KY 40290-1951
11346572     E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2012 02:50:18     Ally,   P.O. Box 380902,
              Minneapolis, MN 55438-0902
11346574    +E-mail/Text: bankruptcy@bbandt.com Aug 29 2012 02:43:52     BB&T Recovery,   4251 Fayetteville,
              Lumberton, NC 28358-2678
11346582     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2012 03:21:03     Discover,   P.O. Box 30943,
              Salt Lake City, UT 84130-0000
11346585    +E-mail/Text: BKNOTICES@EAFLLC.COM Aug 29 2012 02:51:20     Equitable Ascent Financial,
              1120 W. Lake Cook Rd, Ste A,   Buffalo Grove, IL 60089-1970
11346602     E-mail/Text: COLLEEN.ATKINSON@RMSCOLLECT.COM Aug 29 2012 02:49:09
              Receivables Management Systems,    P.O. Box 8630,   Richmond, VA 23226-0630
11346603     E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2012 03:10:35     Sam's Club,   P.O. Box 530942,
              Atlanta, GA 30353-0942
                                                                                              TOTAL: 7
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0422-8          User: mitchella          Page 2 of 3              Date Rcvd: Aug 28, 2012
                              Form ID: VAN062          Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 30, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0422-8          User: mitchella           Page 3 of 3                  Date Rcvd: Aug 28, 2012
                              Form ID: VAN062           Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2012 at the address(es) listed below:
          Carolyn L. Camardo    ch7clc@hjlaw.com, va05@ecfcbis.com
          Steve C. Taylor    on behalf of Debtor Matthew Ricciardi bankruptcyattorney@call54legal.com, bkparalegal@call54legal.com

                                                                                   TOTAL: 2